**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ricky Jones, *individually and on* | ) | |
| *behalf of all others similarly situated* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  22 C 1389 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| Whole Foods Market Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is hereby remanded to the Circuit Court of Cook County pursuant to the Stipulation to Remand [18] filed by the parties on 12/1/2022. Each party will bear its own costs and fees.


Date:  December 2, 2022                              /s/ Martha M. Pacold